## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

              Case No. 2:17-cv-14134

       Plaintiff,            Hon. Avern Cohn

v.

HOME DEPOT, U.S.A., INC., d/b/a
The Home Depot; THE HOME DEPOT, INC.
d/b/a The Home Depot; and NEW EASTLAND
MALL DEVELOPER, LLC,

       Defendants.

_____/

| | |
|---|---|
| JULES B. OLSMAN (P28958) | CAROLYN M. JERECK (P41748) |
| RANDY J. WALLACE (P57556) | MARGARET A. CZUCHAJ (P74636) |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 2684 West Eleven Mile Road | Attorney for Home Depot, USA, Inc. |
| Berkley, MI 48072 | 38505 Woodward Ave Ste 100 |
| 248-591-2300 | Bloomfield Hills, Michigan  48304-5093 |
| jolsman@olsmanlaw.com | (248)901-4000/(248) 901-4040 |
| rwallace@olsmanlaw.com | cjereck@plunkettcooney.com |
| | mczuchaj@plunkettcooney.com |

MARK SHREVE (P29149)
GARAN LUCOW MILLER, P.C.
Attorneys for New Eastland Mall
  Developer, LLC
1111 W. Long Lake Road, Suite 300
Troy, MI 48098
(248)641-7600/(248) 641-0222
mshreve@garanlucow.com

_____/

## STIPULATION FOR DISMISSAL
## WITHOUT PREJUDICE

    **IT IS HEREBY STIPULATED**, by and between counsels for Plaintiff

and Defendant, New Eastland Mall Developer, LLC, only, that Plaintiff will

voluntarily dismiss this cause without prejudice and without costs against Defendant New Eastland Mall Developer, LLC, only.


s/with consent of Jules B. Olsman                 s/Mark Shreve_____
JULES B. OLSMAN (P28958)                           MARK SHREVE
RANDY J. WALLACE (P57556)                          Attorney for Defendant
Attorneys for Plaintiff


# ORDER OF DISMISSAL
# WITH PREJUDICE

In accordance with a stipulation to that effect;

**IT IS HEREBY ORDERED** that the above cause is dismissed without prejudice and without costs as to New Eastland Mall Developer, LLC, only.

**IT IS FURTHER ORDERED** that this is not a final Order.


                                        s/Avern Cohn
                                        U. S. DISTRICT COURT JUDGE
                                        AVERN COHN
Dated:  6/7/2018