UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

      Plaintiff,                              No. 2:17-cv-14134-AC-SDD

      v                                     Hon. Avern Cohn

HOME DEPOT, U.S.A., INC.,
d/b/a The Home Depot; and
NEW EASTLAND MALL DEVELOPER LLC,

      Defendants.

_____/

| | |
|---|---|
| JULES B. OLSMAN (P28958) | CAROLYN JERECK (P41748) |
| RANDY J. WALLACE (P57556) | MICHAEL D. WEAVER (P43985) |
| Attorneys for Plaintiff | MARGARET A. CZUCHAJ (P74636) |
| 2684 West Eleven Mile Road | Attorneys for Deft. Home Depot |
| Berkley, MI 48072 | Plunkett Cooney |
| (248) 591-2300 | 38505 Woodward Ave, Suite 100 |
| jbolsman@olsmanlaw.com | Bloomfield Hills, MI 48304 |
| rwallace@olsmanlaw.com | (248) 594-8674 |
| | cjereck@plunkettcooney.com |
| | mweaver@plunkettcooney.com |
| | mczuchaj@plunkettcooney.com |

_____/

## <u>NOTICE OF HEARING</u>

TO:    All Counsel

      PLEASE TAKE NOTICE that Plaintiff's Motion to Approve Settlement of a Wrongful Death Action and to Allow Distribution of Proceeds will be brought on for hearing on **Tuesday, December 18, 2018 at 2:00 p.m.** before Honorable Avern Cohn or as soon thereafter as counsel may be heard.

      FURTHER TAKE NOTICE that if you claim to be entitled to damages as a result of the wrongful death of Willie Peoples or as a result of the injuries resulting in Willie Peoples's death you must present a claim for damages to Tiffany Peoples-Hunt on or before **Tuesday, December 18, 2018 at 2:00 p.m.** Failure to present a claim for damages within the time provided shall bar you

from making a claim to any of the proceeds.

Respectfully submitted,

OLSMAN MacKENZIE PEACOCK &
WALLACE, P.C.

/s/ Jules B. Olsman
Jules B. Olsman (P28958)
Attorney for Plaintiff
2684 West Eleven Mile Road
Berkley, MI 48072
248-591-2300 / 248-591-2304 [fax]
jbolsman@olsmanlaw.com

Dated:  December 4, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

      Plaintiff,                               No. 2:17-cv-14134-AC-SDD

      v                                     Hon. Avern Cohn

HOME DEPOT, U.S.A., INC.,
d/b/a The Home Depot; and
NEW EASTLAND MALL DEVELOPER LLC,

      Defendants.
_____/

JULES B. OLSMAN (P28958)            CAROLYN JERECK (P41748)
RANDY J. WALLACE (P57556)         MICHAEL D. WEAVER (P43985)
Attorneys for Plaintiff                  MARGARET A. CZUCHAJ (P74636)
2684 West Eleven Mile Road         Attorneys for Deft. Home Depot
Berkley, MI 48072                       Plunkett Cooney
(248) 591-2300                         38505 Woodward Ave, Suite 100
jbolsman@olsmanlaw.com          Bloomfield Hills, MI 48304
rwallace@olsmanlaw.com            (248) 594-8674
                                     cjereck@plunkettcooney.com
                                     mweaver@plunkettcooney.com
                                     mczuchaj@plunkettcooney.com
_____/

## PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH ACTION AND TO ALLOW DISTRIBUTION OF PROCEEDS

NOW COMES the Plaintiff, Tiffany Peoples-Hunt, Personal Representative of the Estate of Willie Peoples, Deceased, by and through her attorneys, OLSMAN MacKENZIE PEACOCK & WALLACE, P.C., and hereby moves this Honorable Court for an Order approving the proposed confidential settlement of this matter and allowing distribution of proceeds, stating as follows:

1.      That the above-entitled matter arises out of the wrongful death of plaintiff's decedent Willie Peoples, age 81 (DOB: 05/29/1933), on December 26, 2014. Plaintiff's decedent was injured while exiting the Home Depot store in Harper Woods. As he stepped out into the parking lane in front of the store, he was struck by a motor vehicle operated by Thomas P. Neal, Jr. An investigation revealed that a stop sign at the crosswalk was missing. The concrete base and pole were present, but the sign itself had been removed. Plaintiff's decedent died as a result of the injuries he sustained in the occurrence. A prior action brought by the Estate of Willie Peoples as to Thomas P. Neal, Jr. was

settled for $50,000 in 2015 without litigation.  That resolution has no bearing on this case.

2.      This case was settled for a confidential amount on November 14, 2018.  The amount of the settlement along with a breakdown of costs and fees will be provided to this Court in a Confidential Settlement Breakdown Sheet at the time of the hearing on plaintiff's motion.

3.      That plaintiff seeks to have this Honorable Court approve the settlement of the wrongful death case.  Plaintiff states that the settlement is fair, reasonable, adequate and in the best interests of the Estate of Willie Peoples, deceased.

4.      Plaintiff is represented by Olsman MacKenzie Peacock & Wallace, P.C., which has expended costs as detailed in the Confidential Settlement Breakdown Sheet which will be presented to the Court at the time of the hearing.

5.      That the law firm of Olsman MacKenzie Peacock & Wallace, P.C. is also entitled to a one-third contractual contingency fee in the amount stated in the Confidential Settlement Breakdown Sheet.

6.      That plaintiff further requests that this Honorable Court make a finding that Willie Peoples did not suffer conscious pain and suffering prior to his death on December 26, 2014.

WHEREFORE, plaintiff Tiffany Peoples-Hunt, Personal Representative of the Estate of Willie Peoples, deceased, respectfully requests that this Honorable Court order the following relief:

(a)      Order that the settlement in this case is approved;

(b)      Order that the settlement is fair, reasonable, adequate and in the best interests of the Estate of Willie Peoples, deceased;

(c)      Order that  tender the full and complete amount of the settlement proceeds in this matter to plaintiff's counsel within seven (7) days of this Court's approval of the settlement of this case and that the check be made payable to Tiffany Peoples-Hunt, Personal Representative of the Estate of Willie Peoples, and Olsman MacKenzie Peacock & Wallace, P.C.

(d)      Order that the law firm of Olsman MacKenzie Peacock & Wallace, P.C. be reimbursed its costs in the amount stated in the Confidential Settlement Breakdown Sheet;

(e)      Order that the law firm of Olsman MacKenzie Peacock & Wallace, P.C. be reimbursed a contractual contingency fee in the amount stated in the Confidential Settlement Breakdown Sheet;

(f)      Order that the proceeds available for distribution be distributed in

-2-

accordance with the Order Allowing Distribution of Proceeds;

(g)     Find that plaintiff's decedent Willie Peoples did not sustain conscious pain and suffering prior to  death on December 26, 2014;

Respectfully submitted,

OLSMAN MACKENZIE PEACOCK & WALLACE, P.C.

/s/ Jules B. Olsman
Jules B. Olsman (P28958)
Attorneys for Plaintiff
2684 West Eleven Mile Road
Berkley, MI 48072
248-591-2300 / 248-591-2304 [fax]

Dated:  December 4, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

      Plaintiff,                                    No. 2:17-cv-14134-AC-SDD

      v                                                Hon. Avern Cohn

HOME DEPOT, U.S.A., INC.,
d/b/a The Home Depot; and
NEW EASTLAND MALL DEVELOPER LLC,

      Defendants.
_____/

JULES B. OLSMAN (P28958)        CAROLYN JERECK (P41748)
RANDY J. WALLACE (P57556)      MICHAEL D. WEAVER (P43985)
Attorneys for Plaintiff             MARGARET A. CZUCHAJ (P74636)
2684 West Eleven Mile Road     Attorneys for Deft. Home Depot
Berkley, MI 48072               Plunkett Cooney
(248) 591-2300                 38505 Woodward Ave, Suite 100
jbolsman@olsmanlaw.com        Bloomfield Hills, MI 48304
rwallace@olsmanlaw.com        (248) 594-8674
                                   cjereck@plunkettcooney.com
                                   mweaver@plunkettcooney.com
                                   mczuchaj@plunkettcooney.com

_____/

**BRIEF IN SUPPORT OF**
**PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH**
**ACTION AND TO ALLOW DISTRIBUTION OF PROCEEDS**

       Pursuant to MCLA 600.2922, plaintiff Tiffany Peoples-Hunt, Personal Representative of the

Estate of Willie Peoples, deceased, respectfully requests that this Honorable Court approve the

settlement of this claim for wrongful death and permit distribution of proceeds.

                                OLSMAN MacKENZIE PEACOCK
                                & WALLACE, P.C.

                                /s/ Jules B. Olsman
                                Jules B. Olsman (P28958)
                                Attorneys for Plaintiff
                                2684 West Eleven Mile Road
                                Berkley, MI 48072
                                248-591-2300 / 248-591-2304 [fax]

Dated:  December 4, 2018

-4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

       Plaintiff,                        No. 2:17-cv-14134-AC-SDD

       v                             Hon. Avern Cohn

HOME DEPOT, U.S.A., INC.,
d/b/a The Home Depot; and
NEW EASTLAND MALL DEVELOPER LLC,

       Defendants.
_____/

| | |
|---|---|
| JULES B. OLSMAN (P28958) | CAROLYN JERECK (P41748) |
| RANDY J. WALLACE (P57556) | MICHAEL D. WEAVER (P43985) |
| Attorneys for Plaintiff | MARGARET A. CZUCHAJ (P74636) |
| 2684 West Eleven Mile Road | Attorneys for Deft. Home Depot |
| Berkley, MI 48072 | Plunkett Cooney |
| (248) 591-2300 | 38505 Woodward Ave, Suite 100 |
| jbolsman@olsmanlaw.com | Bloomfield Hills, MI 48304 |
| rwallace@olsmanlaw.com | (248) 594-8674 |
| | cjereck@plunkettcooney.com |
| | mweaver@plunkettcooney.com |
| | mczuchaj@plunkettcooney.com |

_____/

**ORDER APPROVING SETTLEMENT OF A CLAIM
FOR WRONGFUL DEATH AND ALLOWING DISTRIBUTION OF PROCEEDS**

                    At a session of said Court, held in the
                    United States District Court for the
                    Eastern District of Michigan on _____

PRESENT:  HONORABLE _____
                           Hon. Avern Cohn
                           U.S. District Court Judge

       The Court having read the Motion to Approve Settlement of a Claim for Wrongful Death

and to Allow Distribution of Proceeds, the Court having heard testimony on the record and being

fully advised in the premises hereof;

       IT IS HEREBY ORDERED AND ADJUDGED that the settlement in the amount stated

in the Confidential Settlement Breakdown Sheet is heretofore approved.

       IT IS FURTHER ORDERED AND ADJUDGED that the settlement is fair, reasonable,

adequate and in the best interests of the Estate of Willie Peoples, deceased;

IT IS FURTHER ORDERED AND ADJUDGED that defendant tender the full and complete amount of the  settlement proceeds in this matter to plaintiff's counsel within seven (7) days of this Court's approval of the settlement of this case.  The check shall be made payable to Tiffany Peoples-Hunt, Personal Representative of the Estate of Willie Peoples, and Olsman MacKenzie Peacock & Wallace, P.C.

IT IS FURTHER ORDERED AND ADJUDGED that the attorney fee and costs set forth in the Confidential Settlement Breakdown Sheet are hereby approved;

IT IS FURTHER ORDERED AND ADJUDGED that Willie Peoples, deceased, did not sustain conscious pain and suffering prior to  death on December 26, 2014;

IT IS FURTHER ORDERED AND ADJUDGED that the proceeds available for distribution be distributed as set forth on the Confidential Settlement Breakdown Sheet;

IT IS FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction over payment of the settlement proceeds.

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.

_____
Hon. Avern Cohn
U.S. District Court Judge

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY PEOPLES-HUNT, Personal
Representative of the Estate of
WILLIE PEOPLES, deceased,

       Plaintiff,                            No. 2:17-cv-14134-AC-SDD

       v                                    Hon. Avern Cohn

HOME DEPOT, U.S.A., INC.,
d/b/a The Home Depot; and
NEW EASTLAND MALL DEVELOPER LLC,

       Defendants.
_____/

| | |
|---|---|
| JULES B. OLSMAN (P28958) | CAROLYN JERECK (P41748) |
| RANDY J. WALLACE (P57556) | MICHAEL D. WEAVER (P43985) |
| Attorneys for Plaintiff | MARGARET A. CZUCHAJ (P74636) |
| 2684 West Eleven Mile Road | Attorneys for Deft. Home Depot |
| Berkley, MI 48072 | Plunkett Cooney |
| (248) 591-2300 | 38505 Woodward Ave, Suite 100 |
| jbolsman@olsmanlaw.com | Bloomfield Hills, MI 48304 |
| rwallace@olsmanlaw.com | (248) 594-8674 |
| | cjereck@plunkettcooney.com |
| | mweaver@plunkettcooney.com |
| | mczuchaj@plunkettcooney.com |

_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN   )
                    ) ss:
COUNTY OF OAKLAND  )

      Barbara L. Bound, being first duly sworn, deposes and says that on December 4, 2018, she placed in the United States Mail, postage prepaid, copies of the foregoing Notice of Hearing,  Motion to Approve Settlement and Distribution of Proceeds, Proposed Order, and Proof of Service, properly addressed to:

Carolyn Jereck, Esq.
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Ms. Tiffany Peoples-Hunt
24680 Adlai Avenue
Eastpointe, MI  48021

Mr. Donavan Hunt
24680 Adlai Avenue
Eastpointe, MI  48021

Mr. Hunter Palmer
2450 Sunflower Lane
Beaumont, TX 77713

Mr. Brandon Peoples
4682 Brockham Way
Sterling Heights, MI  48310

Mr. Jordan Peoples
4682 Brockham Way
Sterling Heights, MI  48310

Mr. Keith Peoples
7325 Painted Rock Drive
Colorado Springs, CO 80911

Mr. LaShawn Peoples
4682 Brockham Way
Sterling Heights, MI  48310

Mr. LP
c/o LaShawn Peoples
4682 Brockham Way
Sterling Heights, MI  48310

Mrs. Charlie Ann Peoples
7411 Strong Street
Detroit, MI  48213

Ms. Andrea Peoples-Campbell
2450 Sunflower Lane
Beaumont, TX  77713

　　　　Barbara L. Bound, being first duly sworn, further deposes and says that on December 4, 2018, she also placed in the United States Mail, postage prepaid, copies of the Confidential Breakdown and a Waiver and Consent to all of those individuals above who are interested parties in this matter.

　　　　　　　　　　　　　　　　/s/ Barbara L. Bound
　　　　　　　　　　　　　　　　Barbara L. Bound