

Jules B. Olsman
Donna M. MacKenzie
Emily M. Peacock
Randy J. Wallace
Elyse L. Heid
Ronda M. Little
Lauren R. Walson

Of Counsel
Wolfgang Mueller

Deb Fisher, RN
Nancy Studer, RN
Jacqueline Liu, RN

ATTORNEYS AND COUNSELORS AT LAW

Phone: 248-591-2300 • Fax: 248-591-2304
www.olsmanlaw.com • www.nursing-homelawyers.com • birth-justice.com

January 21, 2022

Ms. Kinikia Essix
Court Administrator
United States District Court
For the Eastern District of Michigan
539 Theodore Levin United States Courthouse
231 W. Lafayette Blvd.
Detroit MI 48226

    Re:    Tiffany Peoples-Hunt v. Home Depot, USA
            Case No.: 17-cv-14134

Dear Ms. Essix:

Thank you for your letter dated January 12, 2022 regarding the above matter.

The underlying case involved the wrongful death of an individual who was run over in front of a Home Depot store because the stop sign had been removed from the crosswalk.

The case was resolved without any consequential motion practice that I can recall. There was a motion to approve the settlement of the case that was entered into following successful resolution at mediation. That was the only time that I can recall Judge Cohn had any direct involvement with the matter.

I trust this letter is responsive to your inquiry.

Respectfully,

Jules B. Olsman

JBO/he